United States District Court
for the
Southern District of Florida

| | |
|---|---|
| George Longmore, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 14-61381-Civ-Scola |
| ) | |
| Memorial Healthcare System, ) | |
| Defendant ) | |

### Order Of Dismissal

The parties have dismissed this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 26). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on October 21, 2014.

_____
Robert N. Scola, Jr.
United States District